RUN DATE:08-JUL-2004 PAYMENT HISTORY Inquiry G

Page: 1

FOR: 1999Z00809 / 001

COURT NUMBER: 00-69 ADM/AJB
DEBTOR: Waldorf, Jessica
COLLECTION TYPE: WA
CURRENT BALANCE: $0.00

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0012 | PMNT | 21-APR-2003 | OT | J | TOPS | | 200315 | $683.15 | 21-APR-2003 |
| 0015 | PMNT | 18-AUG-2003 | TV | B | TOPS | | 200332 | $386.80 | 18-AUG-2003 |
| 0017 | PMNT | 02-SEP-2003 | GR | G | VVI Fulfillment Ctr | MN /04/008 | 24455928 | $111.09 | 10-OCT-2003 |
| 0019 | PMNT | 18-SEP-2003 | GR | G | VVI Fulfillment Ctr | MN /04/008 | 24711828 | $121.61 | 10-OCT-2003 |
| 0021 | PMNT | 02-OCT-2003 | GR | G | VVI Fulfillment Ctr | MN /04/008 | 24948237 | $109.83 | 10-OCT-2003 |
| 0023 | PMNT | 14-OCT-2003 | GR | G | VVI Fulfillment Ctr | MN /04/009 | 25165678 | $110.00 | 14-OCT-2003 |
| 0024 | PMNT | 30-OCT-2003 | GR | G | VVI FULFILLMENT CTR | MN /04/021 | 25434763 | $108.13 | 30-OCT-2003 |
| 0025 | PMNT | 13-NOV-2003 | GR | G | VVI Fulfillment Ctr. | MN /04/030 | 25674392 | $108.95 | 13-NOV-2003 |
| 0026 | PMNT | 28-NOV-2003 | GR | G | VVI Fulfillment Ctr. | MN /04/042 | 25909217 | $88.08 | 28-NOV-2003 |
| 0027 | PMNT | 11-DEC-2003 | GR | G | VVI FULFILLMENT CTR | MN /04/052 | 26150038 | $126.03 | 11-DEC-2003 |
| 0028 | PMNT | 29-DEC-2003 | GR | G | VVI Fulfillment Ctr | MN /04/063 | 26388945 | $117.84 | 29-DEC-2003 |
| 0029 | PMNT | 08-JAN-2004 | GR | G | VVI Fulfillment Ctr. | MN /04/070 | 26622752 | $112.57 | 08-JAN-2004 |
| 0030 | PMNT | 20-JAN-2004 | GR | G | VVI Fulfillment Ctr. | MN /04/077 | 26820345 | $106.01 | 20-JAN-2004 |
| 0031 | PMNT | 05-FEB-2004 | GR | G | VVI Fulfillment Ctr. | MN /04/089 | 27085987 | $108.47 | 05-FEB-2004 |
| 0032 | PMNT | 17-FEB-2004 | GR | G | VVI FULFILLMENT CTR | MN /04/097 | 27292125 | $107.38 | 17-FEB-2004 |
| 0033 | PMNT | 04-MAR-2004 | GR | G | WI Fulfillment | MN /04/109 | 27566129 | $98.37 | 04-MAR-2004 |
| 0034 | PMNT | 18-MAR-2004 | GR | G | VVI Fulfillment | MN /04/119 | 27802591 | $109.56 | 18-MAR-2004 |
| 0036 | PMNT | 01-APR-2004 | GR | G | VVI FULFILLMENT CTR | MN /04/129 | 28046786 | $109.42 | 01-APR-2004 |
| 0037 | PMNT | 15-APR-2004 | GR | G | VVI FULFILLMENT CTR | MN /04/139 | 28298860 | $104.37 | 15-APR-2004 |
| 0038 | PMNT | 29-APR-2004 | GR | G | VVI Ful-Fillment | MN /04/149 | 28545914 | $105.19 | 29-APR-2004 |
| 0039 | PMNT | 12-MAY-2004 | GR | G | VVI FULFILLMENT CTR | MN /04/158 | 28794749 | $102.17 | 12-MAY-2004 |
| 0040 | PMNT | 27-MAY-2004 | GR | G | VVI FULFILLMENT CTR | MN /04/168 | 29049791 | $91.65 | 27-MAY-2004 |
| 0041 | PMNT | 07-JUN-2004 | TV | B | | | TOP | $606.80 | 09-JUN-2004 |
| 0042 | PMNT | 10-JUN-2004 | GR | G | VVI FULFILLMENT | MN /04/177 | 29302479 | $93.98 | 10-JUN-2004 |
| 0043 | PMNT | 24-JUN-2004 | GR | G | VVI FULFILLMENT CTR | MN /04/186 | 29553646 | $78.40 | 24-JUN-2004 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: $4,005.85